In re Gore, O.L. Jr.; Vaughan, Lila Gore; Kimbrell, Mariella Gore; Haynes, Glenda Gore; Bean, May Elizabeth Goodman; Patterson, Frances C. Goodman; Davis, Su *133 zanne Goodman; Goodman, James Patrick; Gore Group; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, Second Circuit, No. 21998-CA; Parish of Bossier, 26th Judicial District Court, Div. “B”, No. 66048.
Prior report: La.App., 574 So.2d 455.
Denied.
MARCUS, DENNIS and HALL, JJ., would grant the writ.